UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-3 Ramasami Gunabalan, M.D.

    Defendant.

Criminal No. 13-20913

Hon. Paul D. Borman

## WAIVER OF INDICTMENT

I, D-3 Ramasami Gunabalan, M.D., the defendant in this case, understand that I am being charged with the following felony: Conspiracy to Commit Wire Fraud I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
D-3 Ramasami Gunabalan, M.D.
Defendant

_____
Brian M. Legghio
Attorney for Defendant

_____
Christopher A. Andreoff
Attorney for Defendant

Dated: 21 April 2016

3413270.v1