UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-3 Ramasami Gunabalan, M.D.

    Defendant.

Criminal No. 13-20913

Honorable Paul D. Borman

---

**DEFENDANT'S ACKNOWLEDGMENT OF SECOND SUPERSEDING INFORMATION**

---

    I, D-3 Ramasami Gunabalan, defendant in this case, hereby acknowledge that I have received a copy of the **Second Superseding Information** before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1: Conspiracy to Commit Wire Fraud
Maximum Penalty: Up to Twenty Years' Imprisonment
Maximum Fine: Up to $250,000 or Twice the Pecuniary Gain

*[signature]*
_____
D-3 Ramasami Gunabalan
Defendant

3413280.v1

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Brian M. Legghio
Counsel for Defendant

_____
Christopher A. Andreoff
Counsel for Defendant

Dated: 21 April 2016

3413280.v1